**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01215-CV

### IN RE TEXAS HEALTH RESOURCES, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## ORDER

Before the Court is relator's October 17, 2016 unopposed motion to abate original proceeding. We **GRANT** the motion and **ABATE** this original proceeding for ten days from the date of this order. We **ORDER** relator to file a status report and a motion seeking either reinstatement, continued abatement, or dismissal on or before October 27, 2016. If relator fails to file a status report and motion by that date, the Court will lift the abatement and may dismiss the original proceeding.

/s/      BILL WHITEHILL
         JUSTICE